**CIVIL JURY TRIAL**
**MINUTE SHEET**

DATE: November 19, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Debra Marlow<br>v.<br>Chesterfield County Public Schools, et al | CASE NO: 3:10CV18<br>JUDGE: Dohnal<br>COURT REPORTER: Mary Ttrera (vanessa) |

MATTER COMES ON FOR:   JURY TRIAL ( )      MOTIONS BEFORE TRIAL:

NOV 19 2010
CLERK, U.S. DISTRICT COURT
RICHMOND VA

**TRIAL PROCEEDINGS:**
JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )   EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )          ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )    ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY   * JURY OUT: 9:05
DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )              ** JURY IN: 4:30

INQUIRIES OF THE JURY RECEIVED; ANSWERED (✓)   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (✓) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED (✓)

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: _____

Counsel for the Plaintiff(s):
Craig J. Curwood, Esq.
Cullen D. Seltzer, Esq.

Counsel for the Defendant(s):
Michael S.J. Chernau, Esq.
Stylian P. Parthemos, Esq.

SET: 9:00   BEGAN: 9:02   VOIR DIRE:   ENDED: 4:40   TIME IN COURT: 7:38
RECESSES: ~~12:35~~ ~~1:05~~

11-19-2010

Mr. Bullis was not presented by either side as a witness, yet he was discussed and was a key factor regarding Ms. Marlow's claim of discrimination.

Does his absence reflect or can we as a jury consider his absence as having any bearing either positive or negative on Ms Marlow's claims regarding age discrimination

Would you clarify this question of ours through your instructions to the jury, whether we have the right to even consider this.

Laura T Dee
Foreman