AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA (Richmond)__

FILED
NOV 19 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DEBRA MARLOW

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  3:10CV18

CHESTERFIELD COUNTY SCHOOL BOARD

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered for the defendant, Chesterfield County School Board, in this action.

November 19, 2010
Date

Fernando Galindo
Clerk

_(signature)_
(By) Deputy Clerk